No. 10-9629. In re Louis J. Clay, Jr., Petitioner.

563 U.S. 1007, 131 S. Ct. 2908, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3984.

May 23, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus and/or prohibition dismissed. See Rule 39.8.

No. 10-887. Joseph Dixon, Petitioner v. East Coast Music Mall.

563 U.S. 1017, 131 S. Ct. 2925, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3903.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1287, 131 S. Ct. 1680, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2396.

No. 10-973. William Smith, Petitioner v. Alvin Friedman, et al.

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3919.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 918, 131 S. Ct. 1816, 179 L. Ed. 2d 773, 2011 U.S. LEXIS 2617.

No. 10-1071. Reza Haghighi Ahmadi, Petitioner v. Texas.

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3880.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 918, 131 S. Ct. 1829, 179 L. Ed. 2d 774, 2011 U.S. LEXIS 2682.

No. 10-8454. Ricky Benson, Petitioner v. Mark Luttrell, et al.

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3923.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1303, 131 S. Ct. 1690, 179 L. Ed. 2d 646, 2011 U.S. LEXIS 2179.

No. 10-8495. Pierre Yates, Petitioner v. Ohio.

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 3952.

May 23, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1294, 131 S. Ct. 1692, 179 L. Ed. 2d 629, 2011 U.S. LEXIS 2269.

No. 10-8513. Wallace C. Jones, Petitioner v. Arthur L. Rothenberg, Judge, Circuit Court of Florida, Miami-Dade County.

563 U.S. 1017, 131 S. Ct. 2926, 179 L. Ed. 2d 1264, 2011 U.S. LEXIS 4010.

May 23, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2529.